IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Newport News Division

FILED IN OPEN COURT
JUN 1 2 2023
CLERK U.S. DISTRICT COURT
Newport News

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 4:23cr45 |
| | ) | |
| DEJA NICOLE TAYLOR | ) | |
| | ) | |

### STATEMENT OF FACTS

If the United States were to try this case, the evidence that would be proved beyond a reasonable doubt would be:

On January 6, 2023, six-year-old male child, John Doe, shot and severely injured first grade schoolteacher A.Z. in a classroom at Richneck Elementary School in the City of Newport News, Virginia. Deputies and officers from the City of Newport News Sherriff's Office and Police Department (NNPD) responded to the school pursuant to a 911 call. A Taurus, Model PT111, G2A, 9mm semiautomatic handgun, serial number ADE404990 was found and collected from the classroom by a crime scene technician with the NNPD.

On January 6, 2023, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) agents and Task Force officers (hereinafter "Agents") responded to the Richneck Elementary School to assist the NNPD with the shooting incident. ATF agents initiated an emergency trace of the Taurus firearm. The trace revealed that the firearm was purchased by DEJA NICOLE TAYLOR on July 19, 2022, from Winfree Firearms, Inc. in Yorktown, Virginia. Agents went to Winfree Firearms

1

and obtained a copy of the ATF Firearm Transaction Record, Form 4473, along with the Virginia Firearms Transaction Record for the Taurus firearm.

On January 12, 2023, Agents conducted a controlled garbage bin search at the defendant's home located in Newport News. Agents found copious amounts of marijuana, and packaging for marijuana edibles.

On January 19, 2023, Agents executed a federal search warrant at TAYLOR's home. TAYLOR was not present, but her grandfather, C.T., was present and told agents that on the evening of January 6, 2023, TAYLOR had taken some of her belongings in a suitcase and left C.T.'s residence and began staying with TAYLOR's mother. During the search, the following items were seized from TAYLOR's bedroom; narcotics packaging, narcotics paraphernalia, suspected marijuana, and marijuana residue. C.T. showed agents garbage bags that he had placed in the garage after he cleaned out the vehicle that he had loaned to TAYLOR. According to C.T., the car had broken down and he cleaned it out. C.T. placed TAYLOR's belongings in the garbage bags a few weeks before the shooting. The following items were found in the trash bags; a red box of ammunition, a jar of suspected marijuana, narcotics packaging, and a black firearm barrel lock. Agents called TAYOR's mother, C.H., to ask for consent to search C.H.'s apartment and C.H. agreed. TAYLOR signed two consent forms, one for her cellphone and the other to search her living area within C.H.'s apartment. TAYLOR also consented to Agents searching her purse. The following items were found in TAYLOR's purse; a glass jar with suspected marijuana, marijuana paraphernalia, used marijuana cigarettes and marijuana packaging material. The following items were found in the bedroom occupied by TAYLOR in C.H.'s apartment: approximately 24.5 grams

of marijuana, marijuana edible packaging, marijuana paraphernalia including Dutch Master cigar wraps, plastic bags and burnt marijuana cigarettes. The marijuana items were field tested and returned positive for marijuana. A lockbox was not found in either of the TAYLOR's rooms at C.H.'s apartment or C.T.'s house, nor was a trigger lock or key to a trigger lock ever found. TAYLOR's cellphone contents were downloaded. Numerous messages were found with other individuals that illustrated the pervasive scope of TAYLOR's marijuana use.

During the course of the investigation, Agents found a police report from the Williamsburg Police Department (WPD). The report stated that on Saturday April 3, 2021, at approximately 7 p.m., TAYLOR was operating a 2006 Pontiac G6 registered to another person on Richmond Road when she was stopped for speeding by an officer with the WPD. The officer approached the vehicle and detected an overwhelming odor of marijuana coming from the vehicle. TAYLOR was in the vehicle with two other persons. Marijuana was in plain view inside the vehicle, so the officer conducted a search of the vehicle. John Doe, four-years old at the time, was in the vehicle at the time and directly next to him were several marijuana edibles that looked like rice treats. A backpack claimed by another person was searched and it contained numerous individually packaged marijuana rice treats, gummies containing THC, suspected crack cocaine, two large bags of marijuana, two packages of "BackpackBoyz" marijuana from California, suspected oxycodone pills, green plant material, a smoking device, and more edibles. Digital scales were also found inside the vehicle. TAYLOR's purse was searched, and marijuana edibles and three unknown white pills were found. TAYLOR was advised of her *Miranda* rights, and she denied all knowledge of drugs inside the vehicle.

On July 19, 2022, TAYLOR completed a Bureau of Alcohol, Tobacco, Firearms and Explosives Firearms Transaction Record, ATF Form 4473 as required to purchase the Taurus firearm. In Section B of Form 4473, question 21.e, reads:

> *Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance?*
> ***Warning:*** *the use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside.*

TAYLOR checked the box indicating an answer of "No" to the question knowing that she was, in fact, an unlawful user of marijuana at the time of purchasing the Taurus firearm. Furthermore, at the end of Section B, TAYLOR signed certifying:

> *I certify that my answers in Section B are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473……I understand that a person who answers "yes" to any of the questions 21.b through 21.k is prohibited from receiving or possessing a firearm... I also understand that making any false oral or written statement or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law.*

TAYLOR admits that on July 19, 2022, she unlawfully purchased and thereafter possessed the Taurus firearm, specifically, a Taurus, Model PT111, G2A, 9mm, semiautomatic handgun, S/N: ADE404990, from a licensed dealer of firearms by knowingly making a false and fictitious written statement as to a fact material to the lawfulness of such sale of the firearm. Specifically, TAYLOR admits that she failed to accurately represent that she was an unlawful user of a controlled substance at the time of the purchase. TAYLOR admits that she was a daily user of marijuana and marijuana



products for approximately 11 years, up to, including, and after July 19, 2022. The defendant admits that her chronic use of marijuana was not recreational, and it affected her behavior. TAYLOR admits that her answer in Section B of Form 4473, question 21. e, was intended, or likely, to deceive the firearms dealer with respect to a fact material to the lawfulness of the sale of the Taurus firearm to her and had TAYLOR truthfully answered "Yes" to the question above, the licensed firearm dealer would not have been permitted to transfer the Taurus firearm to TAYLOR.

The Taurus firearm referenced above was manufactured outside of the Commonwealth of Virginia and was shipped in interstate or foreign commerce prior to July 19, 2022.

This statement of facts includes those facts necessary to support the plea agreement between TAYLOR and the United States. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case. The actions of TAYLOR, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

All the facts above occurred within the Eastern District of Virginia.

                                                  Respectfully submitted,

                                                  Jessica D. Aber
                                                  United States Attorney

By: _____
                                                  Lisa R. McKeel
                                                  Assistant United States Attorney
                                                  Fountain Plaza Three, Suite 300
                                                  721 Lakefront Commons
                                                  Newport News, Virginia 23606
                                                  (757) 591-4000

By: _____
Peter G. Osyf
Assistant United States Attorney
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
(757) 591-4000

6

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, and the United States, I hereby stipulate that the above Statement of Facts is a partial summary of the evidence which is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____   6/12/2023
DEJA NICOLE TAYLOR                Date

We represent DEJA NICOLE TAYLOR. We have carefully reviewed the above Statement of Facts with her. To our knowledge, her decision to stipulate to these facts is an informed and voluntary one.

_____   6/12/2023
James Ellenson, Esq.              Date
Counsel for defendant
DEJA NICOLE TAYLOR

_____   Monday 6/12/2023
Gene Rossi, Esq.                  Date
Counsel for defendant
DEJA NICOLE TAYLOR

7