UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v.<br><br>DEJA NICOLE TAYLOR<br>Defendant | )<br>)<br>) Criminal Case 4:23CR45<br>)<br>) Chief Judge Mark S. Davis<br>)<br>)<br>) |

## ORDER TO CONTINUE SENTENCING

WHEREAS, Defendant Deja Nicole Taylor has moved this Honorable Court for a continuance of the sentencing to the week of November 13-17, 2023, or on a later date.

IT IS HEREBY ORDERED that the motion is granted.

SO ORDERED this 26th day of September, 2023.

/s/ MSD
_____
Mark S. Davis
Chief Judge
The Honorable Mark S. Davis
Chief Judge
U.S. District Court