IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Newport News Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 4:23cr45 |
| | ) | |
| DEJA NICOLE TAYLOR, | ) | |
| Defendant. | ) | |

## MOTION

The United States of America, by and through its attorneys, Jessica D. Aber, United States Attorney for the Eastern District of Virginia, Lisa R. McKeel and Peter G. Osyf, Assistant United States Attorneys, pursuant to United States Sentencing Guideline 3E1.1(b) as amended effective April 30, 2003, moves the court to grant the additional one-point for acceptance of responsibility for defendant's assisting authorities in the investigation and prosecution of her own misconduct by timely notifying the United States of her intention to enter a plea of guilty.

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____/S/_____
Lisa R. McKeel
Peter G. Osyf
Assistant United States Attorneys
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
(757) 591-4000

CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of November 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

    James S. Ellenson, Esq.
    101 25th Street
    Suite 756
    Newport News, Virginia 23607
    E-mail: jseatty@aol.com

    Eugene J. Rossi, Esq.
    1025 Thomas Jefferson Street, NW
    Suite 400 West
    Washington, DC 20007
    E-mail: grossi@carltonfields.com

And I hereby certify that I have e-mailed the document to the following non-filing user:

    Jeffrey A. Noll
    Senior United States Probation Office
    827 Diligence Drive
    Suite 210
    Newport News, Virginia 23606

                                      /S/
                                Lisa R. McKeel
                                Virginia Bar No.: 28652
                                Attorney for the United States of America
                                United States Attorney's Office
                                Fountain Plaza Three, Suite 300
                                721 Lakefront Commons
                                Newport News, Virginia 23606
                                Phone: 757-591-4000
                                Fax: 757-591-0866
                                Email Address: Lisa.McKeel@usdoj.gov