9ev. 02/2006

COURTROOM MINUTES OF CRIMINAL PROCEEDINGS
Norfolk/Newport News Division

# SENTENCING MINUTES

Set: __1:00 p.m.___               Date: __November 15, 2023__
Started: __1:00 p.m.___           Judge: __Mark S. Davis__
Ended: __4:30 p.m.___             Court Reporter: __Paul McManus, OCR__
                                  U.S. Attorney: __P. Osyf/L. McKeel__
                                  Defense Counsel: __J. Ellenson/E. Rossi__
                                  Courtroom Deputy: __V. Ward__
                                  Probation Officer: __Jeff Noll__
                                  Interpreter: _____

Case No: __4:23cr45_____
Defendant: __Deja Nicole Taylor_____   ( ) in custody ( X ) on bond

__X__ Came on for disposition.              __X__ Deft. sworn.

_____ Govt/Deft's _____ motion for downward departure.
                  _____ motion for one-level reduction in offense level.
                  _____ Granted.       _____ Denied.
__X__ The Court adopts the factual statements contained in the Presentence Report

__X__ Presentence Report reviewed.    _____ Objections heard and rulings made.

__X__ Evidence presented. (Witnesses and exhibits listed on last page)

__X__ Arguments of counsel heard.    __X__ Statement of deft. heard.

__X__ The Court ACCEPTED the plea agreement and made a finding of GUILT as to Count(s) __1,2__.

__X__ Court made a finding that deft. violated terms of her pre-trial supervision.

## IMPRISONMENT:
SENTENCE: Count(s) __1,2___: The deft. shall be committed to the custody of the BOP to be imprisoned for a total term of __21__ months. The term consists of __21__ months on count __1__, and __21__ months on count __2__, all to be served concurrently.  This sentence shall run consecutive to any sentence received in state court.

__X__ The deft. is remanded to the custody of the U.S. Marshal.

_____ The deft. shall surrender for service of the sentence at the institution designated by the BOP/U.S. Marshal before _____ on _____, as notified by the U.S. Marshal.

_____ If deft. is unable to arrange transportation to the designated institution, the United States Marshal will arrange transportation for the defendant.

_____ If the defendant is not notified by the United States Marshal of the institution designated, the defendant shall report to the United States Marshal at 600 Granby Street, Norfolk, VA, by _____ on _____, to begin service of the sentence.

PROBATION:

\_\_\_\_\_    The deft. shall be placed on probation for a term of \_\_\_\_\_ years.


SUPERVISED RELEASE:

__X__   Upon release from imprisonment, the deft. shall be on supervised release for a term of __2__ year(s).  This term consists of __2__ years on count __1__, a term of __2__ years on count __2__, and a term of \_\_\_\_ years on count \_\_\_\_, all to run concurrently.

## Standard Conditions of Supervised/Probation:

The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

While on supervised release, the defendant shall not commit another federal, state, or local crime.

While on supervised release, the defendant shall not illegally possess a controlled substance.

While on supervised release, the defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

__X__   The deft. shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests, thereafter, as directed by the probation officer.

\_\_\_\_\_    As reflected in the presentence report, the deft. presents a low risk of future substance abuse and therefore, the court hereby suspends the mandatory condition for substance abuse testing as defined by 18 USC 3563 (a)(5).  However, this does not preclude the U.S. Probation Office from administering drug tests as they deem appropriate.

\_\_\_\_\_    It shall be a condition of supervised release that the deft. pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## Special Conditions of Supervised Release/Probation:

__X__   If the deft. tests positive for controlled substance or shows signs of alcohol abuse, the deft shall participate in a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the deft. Has reverted to the use of drugs or alcohol, with partial costs to be paid by the deft., all as directed by the probation officer.

__X__   The deft. shall waive all rights of confidentiality regarding substance abuse/mental health treatment in order to allow the release of information to the United States Probation Office and authorize communication between the probation officer and the treatment provider.

__X__   The deft. shall participate in a program approved by the United States Probation Office for mental health treatment.  The cost of this program is to be paid by the

deft. as directed by the probation officer.

____    The deft. shall pay support for his minor child(ren) in the amount ordered by any social service agency or court of competent jurisdiction, and shall register with the Department of Child Support Enforcement in any state in which he resides.

____    As directed by the probation officer, the deft. shall apply monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation, or in a lesser amount to be determined by the court, upon the recommendation of the probation officer.

____    The deft. shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

____    The deft. shall provide the probation officer access to any requested financial information.

____    The deft. shall participate in a program approved by the U.S. Probation Officer for financial counseling.  The cost of this program is to be paid by the defendant as directed by the probation officer.

____    The defendant shall participate in the Treasury Offset Program (TOP) as directed by the probation officer.

__X__   The defendant shall obtain a GED or vocational skill during period of supervision if not employed full-time.

____    The deft. shall be on Home Detention, which shall include electronic monitoring at the deft's expense, for a period of _____ consecutive months/days.  During this time, he/she shall remain at his\her place of residence except for employment and other activities approved in advance by the probation officer.

___     Deft shall maintain a telephone at his place of residence without party lines, telephone answering machines, a modem, "call  forwarding," "caller ID," "call waiting@, portable cordless telephones or any other devices or services that may interfere with the proper functioning of the electronic monitoring equipment for the above period.  Deft shall wear an electronic monitoring device, follow electronic monitoring procedures, and pay the cost of electronic monitoring, all as directed by the probation officer.

_____   The defendant shall participate in a program approved by the United States Probation Office for mental health treatment, to include a psychological evaluation, and sex offender treatment.   The costs of these programs are to be paid by the defendant as directed by the probation officer.   The defendant shall waive all rights of confidentiality regarding sex offender/mental health treatment in order to allow the release of information to the United States Probation Office and authorize communication between the probation officer and the treatment provider.

_____   Pursuant to the Adam Walsh Child Protection and Safety Act of 2006, the defendant shall register with the state sex offender registration agency in any state where the defendant resides, works, and attends school, according to federal and state law and as directed by the probation officer.

_____   The defendant shall submit to polygraph testing as directed by the United States Probation Officer  as part of his sex offender therapeutic program.  The costs of the testing are to be paid by the defendant as directed by the probation officer.

_____   Pursuant to the Adam Walsh Child Protection and Safety Act of 2006, the defendant shall submit to a search of his person, property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects

## FINANCIAL PENALTIES

__X__ Court finds deft. is unable to pay fine, cost of prosecution, cost of imprisonment or supervised release.

### SPECIAL ASSESSMENT:

    __X__ As to count __1__, the deft. shall pay a special assessment in the amount of __$100__.

    __X__ As to count __2__, the deft. shall pay a special assessment in the amount of __$100__.

    ____ As to count ____, the deft. shall pay a special assessment in the amount of _____.

    ____ As to count ____, the deft. shall pay a special assessment in the amount of _____.

The total special assessment due is __$200__ and shall be due in full immediately.

____ Denial of Justice for All Act Request

### FINE:
____ The deft. shall pay a fine in the amount of $_____.

### RESTITUTION:

____ The deft. shall make restitution in the amount of $_____.

____ Restitution Judgment Order, entered and filed in open court.

### SCHEDULE OF PAYMENTS:

____ Interest will not accrue if the special assessment/fine/restitution is paid in accordance with the schedule, or any modified schedule, set by this court.

__X__ The special assessment is due and payable immediately. Any balance remaining unpaid on the special assessment at the inception of supervision, shall be paid by the deft. in installments of not less than $ __50.00__ per month, until paid in full. Said payments shall commence __60__ days after deft's supervision begins.

____ At the time supervision commences, the probation officer shall take into consideration the defendant's economic status as it pertains to his ability to pay the special assessment/fine/restitution ordered and shall notify the court of any change that may need to be made to the payment schedule.

____ Each restitution payment shall be divided proportionately among the payees named.

____ Restitution shall be made jointly and severally with _____,

__X__  Nothing in the Court's order shall prohibit the collection of any judgment by the United States.

__X__  Any special assessment, restitution, or fine payments may be subject to penalties for default and delinquency.

__X__  Since this judgment imposes a period of imprisonment, payment of Criminal Monetary penalties shall be due during the period of imprisonment.  All criminal monetary penalty payments are to be made to the Clerk, United States District Court, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.

__X__  The deft. shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

_____  The deft. notified of right of appeal.

__X__  Court noted that deft. waived right of appeal in plea agreement.

_____  On motion of gov't, remaining counts dismissed.

_____  The deft. is continued on present bond and cautioned re bail jumping.

__X__  Court recommends incarceration at

    __X__  a facility as close to the Virginia area as possible.

    __X__  the deft. shall participate in intensive mental health and substance abuse treatment.

__X__  Consent Order of Forfeiture, executed and filed 6/15/23.

## Additional Counts/Comments:

**Gov't Witness:** 1. TFO Ryan Norris/**Deft. Witness:** Calvin Taylor

**Gov't Exhibits:** 1. Copy of 4473 Form; 2. Revised copy of 4473 Form; 3. Photo of Barrel lock; 4. Photo of trigger lock; 5. Photo of barrel lock in bag; 6. Photo Of barrel lock in bag; 7. U-Haul Equipment Contract; 8. Contract Search; 9. U-Haul Contract; 10. Impound Invoice; 11. Official U.S. Time; 12. Cellebrite extraction rpt.